PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Arthur Muratovic                                    Criminal No. 06-00776-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jonathan Muller** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Arthur Muratovic**, who was placed under pretrial release supervision by the **Honorable Susan D. Wigenton** sitting in the Court at Newark, New Jersey, on September 22, 2005, under the following conditions: $100,000 collateral bond secured by property along with the following conditions: 24 hour house arrest with electronic monitoring; maintain residence at 1132 Spar Avenue, Beachwood, New Jersey; drug testing and treatment as deemed appropriate; mental health assessment and treatment; travel restricted to the District of New Jersey. Additionally, on March 23, 2006, an order was signed by Judge Wigenton allowing the defendant to leave from house arrest for parenting obligations if approved in advance by Pretrial Services.

On May 25, 2006, a bail review hearing was held at the request of Pretrial Services and the Government, based on the defendant being away from his home without the approval of Pretrial Services. The defendant appeared before Judge Wigenton, was verbally reprimanded, and continued on bail without any modifications.

On September 25, 2006, the defendant appeared before Your Honor and pled guilty. He is presently scheduled for sentencing in this matter on January 11, 2007.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail review hearing be scheduled.**

ORDER OF COURT
Considered and ordered this _17_ day of _Nov_ _2006_ and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _11/16/06_

_____
Jonathan Muller
United States Pretrial Services Officer