PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Arthur Muratovic      Cr.: 06-00776-001
     PACTS #: 43798

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler
                                     United States District Judge

Date of Original Sentence: 01/08/07

Original Offense: Conspiracy with Intent to Distribute Oxycodone

Original Sentence: Imprisonment - 65 months; Supervised Release - 3 years; Special Assessment - $100; Fine - $2,000

Type of Supervision: Supervised Release      Date Supervision Commenced: 11/06/2013

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall pay a fine of $2,000.00. The fine, plus any interest, is due immediately. Any unpaid balance of the fine which is not paid prior to the commencement of supervised release shall be paid in monthly installments of no less than $50, commencing within 30 days of release from imprisonment.'** |
| | On January 8, 2007, the offender was court ordered to pay a fine of $2,000, plus interest. The fine was ordered as due immediately. As of this date, there is a remaining balance of 1,350. The offender has contributed a total of $650.00 toward the obligation while under supervision. |

U.S. Probation Officer Action:

On January 8, 2007, the offender was sentenced by this Court relative to a conviction for Conspiracy to Possess with Intent to Distribute Oxycodone. On September 12, 2011, the offender was released from the custody to a detainer placed by Immigration and Customs Enforcement (ICE). He remained in their custody until they released him to the community on March 15, 2012. While on supervision, the offender experienced difficulty and struggled with deportation issues, residence stability, employment stability, financial stability, and mental health. On September 5, 2012, the Court approved a recommendation made by the Probation Office, allowing the offender to make $10 per month "good faith" payments toward his fine due to financial hardship. We believe that the offender has made a substantial effort toward meeting his fine obligation to the best of his ability. Furthermore, he has verbalized his intent to continue his fine payments, if the Court allows his supervision to expire as scheduled on September 11, 2014. Since the offender has an outstanding

PROB 12A - Page 2
Arthur Muratovic

fine balance of $1,350.00, we recommend that the balance of collection efforts be turned over the Financial Litigation Unit (FLU) of the U.S. Attorney's Office, and that the offender's term of supervision be allowed to expire as scheduled as of September 11, 2014.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 09/03/2014

*The Court Orders:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[X] The Court Orders that the Term of Supervision be Allowed to Expire as Scheduled on September 11, 2014, and that Collection Efforts be Pursued by FLU.

Signature of Judicial Officer

9/4/14
Date